# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD LEE SMITH <br><br> Defendant. | CR 18-75-GF-BMM <br><br><br> ORDER |

Upon unopposed motion of the United States, and for good cause shown,

The United States' motion to allow the victim to appear via video at the Sentencing hearing scheduled for February 14, 2019, at 11:00 a.m. is GRANTED.

The United States shall make all the necessary video conference arrangements with the Court systems staff in Great Falls, Montana. The hearing will not be continued or interrupted if conferencing arrangements cannot be made or if the conference transmission signal is interrupted or lost.

DATED this 12th day of February, 2019.

_____
Brian Morris
United States District Court Judge

1