# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD LEE SMITH,<br><br>Defendant. | CR 18-75-GF-BMM-JTJ<br><br>**FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant Richard Lee Smith (Smith) has been accused of violating the conditions of his supervised release. Smith admitted all of the alleged violations. Smith's supervised release should be revoked. Smith should be placed in custody until 12:00 p.m. (noon) on February 29, 2024, with 58 months of supervised release to follow. Smith should serve his term of custody in FCI Englewood, in Englewood, Colorado.

## II. Status

Smith pleaded guilty on November 6, 2018, to Sexual Abuse of a Minor, and Distribution of a Controlled Substance to a Person under 21. (Doc. 20). The Court sentenced Smith to 51 months of custody, followed by 6 years of supervised

release. (Docs. 30). Smith's current term of supervised release began on May 9, 2022. (Doc. 45).

## Petition

The United States Probation Office filed an Amended Petition on December 20, 2023, requesting that the Court revoke Smith's supervised release. (Doc. 45). The Amended Petition alleged that Smith had violated the conditions of his supervised release: 1) by failing to comply with his substance abuse testing requirements; and 2) by failing to successfully complete his sex offender treatment program on two separate occasions.

## Initial appearance

Smith appeared before the United States Magistrate Judge Timothy J. Cavan for his initial appearance on January 18, 2024. Smith was represented by counsel. Smith stated that he had read the petition and that he understood the allegations. Smith waived his right to a preliminary hearing.

## Revocation hearing

The parties consented to proceed with the revocation hearing before the undersigned. The Court conducted a revocation hearing on the Amended Petition on January 30, 2024. Smith admitted that he had violated the conditions of his supervised release: 1) by failing to comply with his substance abuse testing

2

requirements; and 2) by failing to successfully complete his sex offender treatment program on two separate occasions. The violations are serious and warrant revocation of Smith's supervised release.

Smith's violations are Grade C violations. Smith's criminal history category is I. Smith's underlying offenses are Class B and C felonies. Smith could be incarcerated for up to 60 months. Smith could be ordered to remain on supervised release for up to 72 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

### III. Analysis

Smith's supervised release should be revoked. Smith should be incarcerated until 12:00 p.m. (noon) on February 29, 2024, with 58 months of supervised release to follow. This sentence is sufficient but not greater than necessary. Smith should serve his term of custody in FCI Englewood, in Englewood, Colorado.

### IV. Conclusion

The Court informed Smith that the above sentence would be recommended to Chief United States District Judge Brian Morris. The Court also informed Smith of his right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Smith that Judge Morris would consider a timely objection before making a final determination on whether to

3

revoke his supervised release and what, if any, sanction to impose. Smith stated that he wished to waive his right to object to these Findings and Recommendations, and that he wished to waive his right to allocute before Judge Morris.

The Court **FINDS:**

>That Richard Lee Smith violated the conditions of his supervised release: by failing to comply with his substance abuse testing requirements; and by failing to successfully complete his sex offender treatment program on two separate occasions.

The Court **RECOMMENDS:**

>That the District Court revoke Smith's supervised release and commit Smith to the custody of the United States Bureau of Prisons until 12:00 p.m. (noon) on February 29, 2024, with 58 months of supervised release to follow. Smith should serve his term of custody in FCI Englewood, in Englewood, Colorado.

### NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure

to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 31st day of January, 2024.

John Johnston
United States Magistrate Judge